JONATHAN J. DELSHAD, Bar No. 246176
LAW OFFICES OF JONATHAN J. DELSHAD, PC.
1663 Sawtelle Blvd., Suite 220
Los Angeles, CA  90025
Telephone: 424.255.8376
Fax: 424.256.7899
E-mail:  jdelshad@delshadlegal.com

JS-6

Attorneys for Plaintiff
ALEXANDRA POSS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDRA POSS,<br><br>Plaintiff,<br><br>v.<br><br>SANFORD FEDERAL, INC., and DOES 1- 50, inclusive.<br><br>Defendants. | Civil Action No. 2:25cv03924 CAS (JPRx)<br><br>**ORDER AWARDING DAMAGES FOLLOWING PROVE-UP HEARING**<br><br>Assigned to Judge Christina A. Snyder<br><br>Hearing Date: February 2, 2026 |

**WHEREAS**, The Court having granted Plaintiff's Motion for Entry of Default Judgment against Defendant Sanford Federal, Inc. on December 19, 2025, and having conducted a prove-up hearing pursuant to Federal Rule of Civil Procedure 55(b)(2) on February 2, 2026, to determine the appropriate amount of damages, attorneys' fees, and costs;

**WHEREAS**, The Court having considered Plaintiff's Prove-Up Brief, the Declaration of Alexandra Poss, the Declaration of Jonathan J. Delshad in Support of Attorneys' Fees and Costs, all exhibits and evidence submitted, the arguments presented at the prove-up hearing, and good cause appearing;

- 1 -
[PROPOSED] ORDER

**THE COURT FINDS** that Plaintiff has established her entitlement to compensatory damages, punitive damages, attorneys' fees, and costs, and that all requested amounts are reasonable and supported by the evidence.

Accordingly, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff Alexandra Poss and against Defendant Sanford Federal, Inc., as follows:

## I.    COMPENSATORY DAMAGES

Defendant Sanford Federal, Inc. shall pay Plaintiff compensatory damages in the total amount of **$138,238.17**, consisting of:

    a.  Back Pay: **$60,000.00**

    b.  Lost Employment Benefits: **$3,238.17**

    c.  Emotional Distress Damages: **$75,000.00**

## II.    PUNITIVE DAMAGES

Based on Defendant's willful, malicious, and oppressive conduct, and consistent with constitutional due-process limits, the Court awards punitive damages in an amount equal to one times the compensatory damages.

Defendant Sanford Federal, Inc. shall therefore pay Plaintiff punitive damages in the amount of **$138,238.17.**

## III.    ATTORNEYS' FEES AND COSTS

Pursuant to California Labor Code sections 6310 and 1102.5, Defendant Sanford Federal, Inc. shall pay Plaintiff:

    a.  Attorneys' Fees: **$34,437.00**

    b.  Litigation Costs: **$1,551.02**

## IV.    TOTAL JUDGMENT

The total judgment entered in favor of Plaintiff Alexandra Poss and against Defendant Sanford Federal, Inc. is **$312,464.36.**

///

///

///

[PROPOSED] ORDER

## V.    POST-JUDGMENT INTEREST

Post-judgment interest shall accrue on the entire judgment at the federal statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid.

## VI.    RETENTION OF JURISDICTION

The Court retains jurisdiction to enforce this judgment.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_Christina A. Snyder_
HON. JUDGE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

- 3 -
[PROPOSED] ORDER